UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALYSSA MARIE CHANG,<br><br>Defendant. | NO. CR06-254RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE FOR PRETRIAL MOTIONS |

THIS MATTER having come before the Court on the Stipulated Motion to Extend Due Date for Pretrial Motions, the Court having reviewed the stipulation, and the records and files herein,

IT IS NOW THEREFORE ORDERED that the pretrial motions due date is extended from August 15, 2006, to August 29, 2006.

DONE this _28_ day of August, 2006.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DUE DATE FOR PRETRIAL MOTIONS
(*ALYSSA MARIE CHANG*) – CR06-254RSM –      1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1 | Presented by:

2 | s/ Michael Filipovic
WSBA No. 12319
3 | Assistant Federal Public Defender
Attorney for Alyssa Marie Chang
4 | Federal Public Defender
1601 Fifth Avenue, Suite 700
5 | Seattle, WA 98101
Tel. (206) 553-1100
6 | Fax (206) 553-0120
Michael_Filipovic@fd.org
7 |

8 | *Agreed to by stipulation, notice of presentment waived, signature approved per telephone*
9 | *authorization:*

10 | s/ Lisca Borichewski
Assistant United States Attorney

11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

ORDER GRANTING STIPULATED MOTION TO
EXTEND DUE DATE FOR PRETRIAL MOTIONS
(*ALYSSA MARIE CHANG*) – CR06-254RSM –    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**