UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-254RSM |
| Plaintiff, ) | |
| ) | ORDER FOR CONTINUANCE OF |
| vs. ) | TRIAL AND RELATED MATTERS |
| ALYSSA MARIE CHANG, ) | |
| Defendant. ) | |

Upon consideration of the parties' Stipulated Motion for Continuance of Trial and Related Matters, and the defendant's agreement to continue the trial date until November 27, 2006,

THE COURT NOW FINDS that pursuant to Title 18, U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to November 27, 2006 (or up to December 11, 2006, if a later date is scheduled), outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the parties' Stipulation, it has been demonstrated that (1) the parties have acted with due diligence in an effort to be prepared for a trial on October 2, 2006; (2) defense counsel has demonstrated that he needs until November 27, 2006, to adequately prepare for trial;  (3)  while the crime charged is not a

ORDER FOR CONTINUANCE OF
TRIAL AND RELATED MATTERS
(*ALYSSA MARIE CHANG*) – CR06-254RSM –            1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  complex offense, the defense needs additional time to investigate the offense, conduct legal

2  research, and discuss the results of the investigation and legal research with his client.

3      IT IS THEREFORE ORDERED that the trial in this matter is continued until

4  November 27, 2006.

5      IT IS FURTHER ORDERED that any pretrial motions be filed by October 26, 2006.

6      IT IS FURTHER ORDERED that for the purposes of computing the time limitations

7  imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from

8  October 2, 2006, up to November 27, 2006, is excludable time pursuant to 18 U.S.C. §§

9  3161(h)(8)(A) and (h)(8)(B)(iv).

10     DATED this _6_ day of September 2006.

11

12

13                             RICARDO S. MARTINEZ
                            UNITED STATES DISTRICT JUDGE

14 Presented by:

15

16 s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender

17 Attorney for Alyssa Marie Chang
Federal Public Defender's Office

18 1601 Fifth Avenue, Suite 700
Seattle, WA 98101

19 Tel. (206) 553-1100, Fax (206) 553-0120
Michael_Filipovic@fd.org

20

21 *Agreed to by stipulation, notice of presentment waived,*
*signature approved per telephone authorization:*

22

23 s/ Lisca Borichewski
Assistant United States Attorney

24

25

26

ORDER FOR CONTINUANCE OF
TRIAL AND RELATED MATTERS
(*ALYSSA MARIE CHANG*) – CR06-254RSM –    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**