THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALYSSA MARIE CHANG.,<br><br>Defendants. | NO. CR06-254RSM<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on a stipulated motion of the defendant and the government and to continue the trial date and the pretrial motions deadline date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is complex requiring the parties to analyze bank records of the defendant and several witnesses. Although the grand jury returned an indictment on July 20, 2006, new defense counsel recently entered a notice of appearance on September 7, 2006, and requires additional time to prepare for trial.

Page 1
ORDER CONTINUING TRIAL
AND PRETRIAL MOTIONS
DEADLINE/CHANG
CR06-254RSM-2

ROBERT PEREZ
Attorney at Law
2018 156th Avenue NE Suite 100
Bellevue, WA 98007
(425) 748-5005

It is unreasonable to expect adequate preparation for trial before the current trial date of November 27, 2006. The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial shall be continued to February 26, 2007 and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before January 26, 2007.

Dated this 17th day of November, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert Perez
ROBERT PEREZ
Washington State Bar # 36221
California State Bar # 77730
ATTORNEY FOR DEFENDANT
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007-3825
(425) 748-5005 Voice
(425) 748-5007 Fax
Email: Robert@RobertPerezLaw.Com

Page 2
ORDER CONTINUING TRIAL
AND PRETRIAL MOTIONS
DEADLINE/CHANG
CR06-254RSM-2

ROBERT PEREZ
Attorney at Law
2018 156th Avenue NE Suite 100
Bellevue, WA 98007
(425) 748-5005

| | |
|---|---|
| 1 | (telephonically approved) |
| 2 | LISCA N. BORICHEWSKI |
| | Washington State Bar #24300 |
| 3 | ASSISTANT UNITED STATES ATTORNEY |
| | 700 Stewart Street, Suite 5100 |
| 4 | Seattle, Washington 98101 |
| | (206) 553-2266 Voice |
| 5 | (206) 553-0882 Fax |
| | Email: Lisca.Borichewski@USDOJ.gov |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 3
**ORDER CONTINUING TRIAL
AND PRETRIAL MOTIONS
DEADLINE/CHANG
CR06-254RSM-2**

ROBERT PEREZ
Attorney at Law
2018 156th Avenue NE Suite 100
Bellevue, WA 98007
(425) 748-5005